Exhibit B

# UNIFORMED L.E.A.D. TRAINING 2004 OVERVIEW

1.  INTRODUCTION/OVERVIEW - (10 MIN.)

2.  OEEO REFRESHER VIDEO & DISCUSSION - (30 MIN.)

3.  LEADERSHIP INTERACTIVE DISCUSSION - (60 MIN.)

4.  EXPLANATION OF SIMULATIONS, REVIEW SAFETY
    REGULATIONS AND PERFORMANCE OBJECTIVES - (10 MIN.)

5.  WEAPONS EXCHANGE - (10 MIN.)

6.  4 SIMULATIONS - (1 HR.)

7.  CLASSROOM DISCUSSION: REVIEW, CRITIQUE ACTIONS
    TAKEN DURING SIMULATION EXERCISES.  ALL ATTENDEES OF
    L.E.A.D. ARE CALLED UPON TO PARTICIPATE IN DISCUSSION.
    REVIEW SUPERVISORY RESPONSIBILITIES DURING
    DEMONSTRATIONS, DISORDERLY GROUP SCENARIOS, AND
    POSSIBLE WMD/HAZMAT SCENARIOS - (90 MIN.)

8.  WMD/HAZMAT/RNC REVIEW - (30 MIN.)

9.  RMP SAFETY VIDEO & DISCUSSION - (20 MIN.)

# UNIFORMED L.E.A.D.
# RNC/ WMD/HAZMAT OVERVIEW

**DEMONSTRATIONS      (SIMULATIONS)**

**LEGAL GUIDELINES    (HANDOUT)**

**TACTICS & LINES FORMATION- P.G. 213-05 (HANDOUT)**

**WEAPONS OF MASS DESTRUCTION/ HAZMAT -P.G.212-37**

# UNIFORMED L.E.A.D. TRAINING 2004 HANDOUTS

1. O.E.E.O.  2-PAGE HANDOUT

2. LEADERSHIP DISCUSSION

3. DISORDER CONTROL BOOKLET- revised 10/97   (most recent copy)

4. LEGAL BUREAU BULLETIN Vol. 1, No. 2

5. LEGAL GUIDELINES-Law Enforcement and Constitutional Issues On Demonstrations

6. CHEMICAL AGENTS, TOXIC INDUSTRIAL CHEMICALS AND DOWNWIND PREDICTION (Copy of  Powerpoint from Office of Domestic Preparedness)

7. CHEMICAL AGENT CHART-SYMPTOMS, CHARACTERISTICS & HAZARDS

8. BIOLOGICAL AGENTS (Copy of Powerpoint from Office of Domestic Preparedness)

9. 19-PAGE LISTING OF WEBSITES ON COUNTER TERRORISM & PREPAREDNESS, HATE GROUPS,  TRAINING ORGANIZATIONS AND REFERENCES

10. OFFICER SAFETY HANDBOOK OF UNUSUAL WEAPONS/CONCEALMENT METHODS AND /OR CONTRABAND 3RD EDITION

# LEADERSHIP DEVELOPMENT SECTION

## UNIFORMED PROMOTIONAL TRAINING SECTION



# BASIC LEADERSHIP COURSE OUTLINE

# James J. Fyfe, Ph.D.
# Deputy Commissioner, Training

## Deputy Chief Diana Pizzuti
## Commanding Officer, Police Academy

### Captain Thomas Mauro
### Commanding Officer, Leadership Training Section

Lieutenant Frank Valluzzi
Uniformed Promotional Training Unit

Sergeant Anthony DiGregorio
BLC Team Leader

# BASIC LEADERSHIP COURSE

The basic leadership course provides police officers with leadership and management concepts and techniques needed to perform duties in the rank of Sergeant. This course offers the police officer the technical and supervisory competencies required of a first line supervisor. Some of the areas covered in depth are leadership and management theories, supervisory concepts and practices, basic responsibilities, legal issues for supervisors, employee well-being and policing strategies.

The course is divided into three phases, which are described as follows:

**PHASE I** – _Initial Training_ – 19 days of training at the Leadership Development Section culminating with final exam and promotion to the rank of sergeant.

**PHASE II** – _Field Training_ – 5 days of structured field training at a New York City Police Precinct.

**PHASE III** – _Final Training_ – 3 Days of training, assessment and critiques at the Leadership Development Section.

Classroom training consists of lectures, discussions and workshops conducted by field personnel, subject matter experts and Leadership Development Section staff. Topics include leadership training, team building, conducting roll calls, posting platoons, desk officer duties, presentation skills, cultural awareness, report writing and computer systems training.

# BASIC LEADERSHIP COURSE

## SUBJECT LISTING (ALPHABETICAL)

### PHASE I

**1.  ALCOHOL COUNSELING**                                          **(1.0 Hr.)**

Contains discussions on Department programs and policies concerning members
of the service and/or their family members who may be suffering from
alcoholism.

**2.  A.R.C.S. (AUTOMATED ROLL CALL SYSTEM)-**                      **(3.0 Hrs.)**
     **PREPARATION AND ADJUSTMENT**

Students are introduced to the A.R.C.S.. Emphasis is placed on how to adjust a
roll call and to recognize the components for change related to a roll call.
Completion of related roll call paperwork and several practical exercises are
included.

**3.  BOMB SQUAD**                                                  **(1.0 Hr.)**

A member of the bomb squad presents information on Department guidelines
concerning the handling of incidents involving suspected explosive devices and
post-explosion bomb scenes. Students are presented with an array of simulated
explosive devices to assist them in identifying suspected devices and secondary
devices.

**4.  CIVILIAN COMPLAINT REVIEW BOARD/**                            **(1.5 Hrs.)**
     **CCRB REDUCTION TECHNIQUES**

A Leadership Development Section staff member will acquaint the student with
Department guidelines and procedures concerning the processing of civilian
complaints. In addition, the sergeant candidate will be introduced to civilian
complaint reduction initiatives.

**5.  CLOSING CEREMONY**                                            **(1.0 Hr.)**

Final paperwork and issuance of course graduation certificates is conducted during
this block.

**6.  COMMUNICATIONS DIVISION**                    **(3.0 Hrs.)**

Trainers from the Communications Division discuss supervisory responsibilities
concerning alerts and backlogs, reducing response times, vehicle pursuits and
other on-going emergencies where the direction of the supervisor, via radio, is
critical. Presenters stress that the supervisor on the street is in command, and may
provide direction for the dispatchers. Actions by the sergeants in monitoring and
eliminating backlog is emphasized. Using actual radio transmission recordings,
students are apprised of proper radio procedures and radio discipline. A tour of the
911 Communication section is included.

**7.  COMPUTER TRAINING I & II**                    **(14.0 Hrs.)**

In-depth and hands on training in computer applications utilized by the
Department (i.e. SPRINT, FINEST, ARCS, OLCS, LAPS and OLBS).

**8.  CONFLICT RESOLUTION**                    **(1.0 Hr.)**

The primary goal of conflict resolution is to enhance the supervisors' ability to
deal with difficult situations and personnel in the work place.

**9.  CORPORATION COUNSEL**                    **(1.0 Hr.)**

Discussion about civil and criminal lawsuits involving M.O.S., the Department,
and the City of New York.

**10.  COUNTER-TERRORISM**                    **(7.0 Hrs.)**

This module of instruction provides an examination of the behavioral indicators
and methodologies associated with the phenomenon of suicide attacks, which
includes an overview of self-sacrificing attackers, suicide bombers, and truck
bombs. This module of instruction also examines a law enforcement response
to a suicide attack and aftermath.

**11.  CRIME SCENE UNIT**                    **(1.0 Hr.)**

Students are instructed in the proper procedures concerning crime scenes and the
safeguarding of scenes to facilitate evidence collection. Methods of protecting
evidence and utilizing personnel are also discussed.

**12.  CRIMINAL JUSTICE BUREAU**                    **(1.0 Hr.)**

This session enhances each student's knowledge about the criminal justice bureau.

**13.   DATA INTEGRITY UNIT**                                   **(1.0 Hr.)**

To assist Members of the Service in the proper classification of incidents
requiring investigation by the New York City Police Department.

**14.   DEFIBULATOR TRAINING**                                 **(7.0 Hrs.)**

A one-day course involving life saving techniques and use of appropriate
equipment.

**15.   DEMONSTRATIONS**                                       **(1.0 Hr.)**

The newly promoted sergeants will be able to define his/her role at
demonstrations, public events, civil disorder and strikes. They will understand
that as part of effective policing, they must be able to utilize good
communication and judgment skills in order to ensure that order is maintained
and civil rights of the public are protected.

**16.   DEPUTY COMMISSIONER OF PUBLIC INFORMATION/**          **(2.0 Hrs.)**
**       MEDIA PANEL**

Proper notifications to the press and techniques for addressing the media are
explained. A video concerning Police-Media Relations is shown. Members of the
various media (print, radio, television) are invited to offer insight to the issues of
concern to media personnel as they relate to the police.

**17.   DEPARTMENT VEHICLE ACCIDENTS/VEHICLE PURSUITS   (2.5 Hrs.)**

This session addresses the responsibilities of the member of the service, patrol
supervisor, and the desk officer concerning a Department vehicle accident. It also
covers Department guidelines and the supervisor's responsibilities concerning
motor vehicle pursuits. The student will be able to identify what forms and
notifications are required, and where to forward these forms. This session
includes practical exercises.

**18.   DESK OFFICER DUTIES**                                 **(4.0 Hrs.)**

The various duties of the desk officer are explained. Items of emphasis are the
inspection and verification of records and logs (i.e. command log, interrupted
patrol log, roll calls, property logs and indexes and complaint/aided reports and
indexes). Property invoicing procedures are explained as are roll calls and related
forms.

**19.   DESK OFFICER WORKSHOP**                                   **(7.0 Hrs.)**

Supervisors undergo a full day of back-to-back roll plays which take place in the
fictional 127 Precinct. Students are rotated through scenarios where common
situations confronting precinct desk officers are presented. Student desk officers
are expected to take appropriate action for each common situation and their
performance is evaluated by the group.

**20.   DISCIPLINE – PRACTICES AND POLICIES**                     **(1.5 Hrs.)**

The role of discipline in the Police Department is discussed. Effective use of
discipline, both positive and negative, are stressed. The negative consequences of
fraternization are explored, and the students receive procedural training on causes
for and preparation of supervisor's Complaint Reports and causes for suspension
from duty.

**21.   DISORDER CONTROL**                                        **(2.0 Hrs.)**

Department disorder control guidelines, and mobilization response codes are
discussed. Proper use of formations in crowd control situations is presented. The
sergeant's role as staff officer in the field command post is discussed.

**22.   DOMESTIC VIOLENCE**                                       **(1.0 Hr.)**

A Domestic Violence Prevention Officer from the Chief of Departments office
discusses family and domestic violence offenses.  Discussed are methods of
detecting these types of offenses and victim's rights.  The sergeant's
responsibility in a M.O.S. involved incident is also discussed.

**23.   DRILL AND CEREMONY**                                      **(1.0 Hr.)**

Conducting formation and roll calls with emphasis on proper commands,
command presence and roll call training techniques. Also covered are proper
inspection of personnel and equipment.

**24.   DRIVER TRAINING UNIT**                                    **(1.0 Hr.)**

An instructor from the Police Academy Driver Training Unit emphasizes
the proper operation and safety while operating Department vehicles.
All uniformed members of the service are strongly urged to wear seatbelts.

**25.   EARLY INTERVENTION**                                      **(1.0 Hr.)**

The primary goal of the Early Intervention Unit is to educate
newly promoted sergeants in proper usage of the early intervention monitoring
program, to prevent suicides and provide counseling.

26. **EMERGENCY RESPONSE UNITS PANEL**              (1.5 Hrs.)

This panel involves a representative of the following units: Emergency Service, Hazmat, Aviation Unit, Harbor and K-9. The representatives offer a brief overview of the services available from each unit and how they can assist the patrol supervisor in the performance of his duties. Equipment, technology, training and services available are covered.

27. **EMOTIONALLY DISTURBED PERSONS**              (7.0 Hrs.)

An all day training program designed and presented by professionals from John Jay College. Includes simulations involving emotionally disturbed persons.

28. **EMPLOYEE MANAGEMENT DIVISION**              (1.5 Hrs.)

Various Department of Personnel forms are completed and fingerprinting of members being promoted to sergeant is completed.

29. **FINAL EXAMINATION**              (2.0 Hrs.)

A 50 question final examination covering testable information presented during the course is administered. Students are required to attain a minimum passing score of 70 percent in order to be promoted to the rank of sergeant.

30. **FINAL REVIEW**              (1.0 Hr.)

A comprehensive review of subjects taught and course objectives is conducted.

31. **HATE CRIME TASK FORCE**              (1.0 Hr.)

Department guidelines concerning the handling of possible Bias Motivated Incidents are discussed. The student must determine if the possibility exists that a offense or unlawful act is motivated by bias or prejudice as contained in the definition of a "Bias Incident".

32. **HISTORY OF NYPD**              (1.0 Hr.)

To provide newly promoted sergeants with knowledge and appreciation of NYPD's History; to put tasks, responsibilities, and traditions of the Department into an historical context.

**33.  HOSTAGE NEGOTIATIONS** (1.0 Hr.)

This session addresses the complex nature of hostage negotiations. A harmonious team action along with coordination and control at the scene of a hostage negotiation incident is emphasized.

**34.  INTERNAL AFFAIRS BUREAU** (4.5 Hrs.)

This topic is divided into three one and one-half hour sessions. The Chief of Internal Affairs Bureau, the Internal Affairs Training Unit, and the Commanding Officer, Corruption Prevention and Assessment Unit review corruption control programs and current corruption trends. Corruption indictors are explained. Examples of failed leadership which resulted in or contributed to corruption investigations are discussed.

**35.  LEADERSHIP REACTION COURSE** (7.0 Hrs.)

Student officers are introduced to different leadership styles and the differences between leaders and managers. Qualities of leaders and leader/managers are discussed. Course participants complete a leadership style inventory and discuss what styles are more effective in various situations. The course utilizes experiential exercises to stress team building, communication and trust. Participants are evaluated and evaluated on their performance as an exercise leader.

**36.  LEGAL ISSUES FOR POLICE SUPERVISORS** (4.0 Hrs.)

Issues discussed include:

- General municipal Law 50 – indemnification of MOS.
- Eyewitness Identification / Show ups - A video produced by the Department and discussion of legal issues related to this are presented.
- Right to Counsel – Constitutional rights and rules regarding their application are discussed.
- Search and Seizure / Search Warrants / Stop Question and Possible Frisk – Current issues and recent court decisions related to this area are presented.
- Courtroom testimony- Proper presentation of cases by subordinates is discussed. A videotaped presentation on this topic is also shown.
- Justification / Use of force - A review of Department policy and Article 35 issues is conducted.
- Child custody issues – Court Decisions related to this area are discussed.
- Racial Profiling – The Department prohibits the use of racial profiling in law enforcement actions.

**37.   LESS THAN LETHAL WEAPONS/TACTICAL SUPERVISION   (7.0 Hrs.)**

At the Firearms Training Section students receive training in tactical supervision, including firearms discipline, deployment of officers and other tactical considerations. Also discussed are procedures to be utilized at the scenes of Emotionally Disturbed Person incidents. Non-lethal weapons (including Taser, Stun Gun, Shepherd's Crook, Water Cannon, Poly Shield and restraining straps) are demonstrated. Students are qualified in the application of the taser. The value of employing non-lethal weapons in lieu of deadly physical force when handling EDP's is stressed. Finally, a discussion of inspecting the serviceability of firearms and holsters of members of the service at roll calls is offered.

**38.   LINE OF DUTY INJURY INVESTIGATION                    (2.5 Hrs.)**

This session addresses the procedures for investigating and recording line of duty injuries to members of the service. This lesson includes practical exercises.

**39.   MEDICAL DIVISION                                      (2.5 Hrs.)**

Supervisor's responsibility relative to the control of chronic absence and Department sick leave policy is discussed. The Department's current policy regarding drug screening and exposure to communicable diseases is also discussed.

**40.   OFFICE OF EQUAL EMPLOYMENT OPPORTUNITY       (2.0 Hrs.)**

O.E.E.O. trainers discuss various allegations reported to O.E.E.O. Procedures for handling complaints at the precinct level are discussed as are complaints retained for investigation by O.E.E.O.. The training of personnel in civil and legal issues and the prevention of such incidents is stressed.

**41.   OFFICE OF LABOR RELATIONS                           (2.5 Hrs.)**

This session emphasizes the various work charts and schedules performed by members of the service. Overtime rules, chart changes, travel guarantees and recall regulations are also discussed.

**42.   OPERATIONS UNIT                                      (1.0 Hr.)**

The role of sergeants in properly notifying the Operations Unit is discussed. The role of the Operations unit in coordinating Department resources is also explained.

**43.   ORIENTATION, ADMINISTRATION AND PROCESSING          (1.0 Hr.)**

Presents an orientation for supervisor candidates and outlines what is expected of students during the course instruction at the Academy. Administrative matters are also addressed.

**44.   PENSION SECTION                                        (2.0 Hrs.)**

A summary of benefits are provided by the New York City Police Pension Fund for uniformed members of the New York City Police Department. This session addresses service retirement benefits, contributions, vesting, disability retirement benefits, survivor benefits and pension loans.

**45.   PERFORMANCE EVALUATION SYSTEMS WORKSHOP       (3.0 Hrs.)**

The performance evaluation system, rating techniques and pitfalls are discussed. Proper preparation of the police officer evaluation form and discussion of each rating area is presented. Also discussed are counseling techniques. The block includes a practical exercise and simulation.

**46.   PERFORMANCE ANALYSIS SECTION                          (1.0 Hr.)**

A representative discusses everyday problems which may confront police and what assistance is available through the Department and outside agencies. A member of the Early Intervention Unit offers information on that unit's capabilities and services. The Education Tracking Unit speaks about the Department's education requirements for police supervisors and availability of scholarship and financial aid. Individual counseling is provided.

**47.   PERSONNEL ORDERS SECTION                              (1.5 Hrs.)**

A member of the Uniform Assignment Unit of the Employment Management Division handles administrative matters concerning the permanent assignment of students when they graduate the course.

**48.   P.O.P.P.A.                                            (1.0 Hr.)**

Provides peer support for New York City police officers experiencing personal or professional difficulties including stress, depression, trauma, alcohol dependency and family problems.

**49.   PRESENTATION SKILLS                                   (3.5 Hrs.)**

Interpersonal Communication Skills and Techniques for preparing and delivering a public address are discussed. Practical exercise are conducted, with each student presenting material to a group.

**50. PROMOTION CEREMONY**        **(7.0 Hrs.)**

This day is reserved for students who have successfully completed phase I training and attained a minimum passing score of 70 percent on the final examination.

**51. QUALITY ASSURANCE DIVISION**        **(1.5 Hrs.)**

This session addresses the role of sergeants, acting as patrol supervisors and desk officers, in the Precinct Self-Inspection system. In addition, current Quality Assurance Division programs and priorities are discussed.

**52. REPORT WRITING**        **(3.0 Hrs.)**

Instruction on the proper preparation of Unusual Occurrence Reports is offered. Grammar, style and punctuation rules are reviewed, and a practical exercise is conducted. Also included are the procedures for investigating and preparing precinct communications.

**53. ROLL CALLS**        **(3.5 Hrs.)**

Roll calls are conducted at the start of each training day. The group is subdivided into four equal size groups (depending on the number of students in the training class) and a different student is called upon from each group to conduct a formal roll call for his or her group. The student is responsible for the calling of the roll, inspection and roll calling training. Student performance is evaluated by both peers and the instructor.

**54. SCHOLARSHIP UNIT**        **(1.0 Hr.)**

An overview of the various scholarships available to M.O.S. is provided along with the application process, benefits, and career opportunities within the N.Y.P.D..

**55. SIMULATIONS**        **(6.0 Hrs.)**

Live Simulations involving students who must perform in multiple roles. Subjects covered may include Desk Officer duties, Street Encounters and Transit situation.

**56.  SITUATIONAL LEADERSHIP**                        **(3.5 Hrs.)**

An assortment of supervisory scenarios are presented in a compilation of fifteen video segments lasting from one to three minutes each. Groups discuss various issues presented including integrity, excessive force, discipline, abuse of authority, cultural awareness, sexual harassment, motivational techniques and decision making. These vignettes are played daily (one per day) at the end of the training day to maximize the impact of the presentation and subsequent decision.

**57.  SPECIAL VICTIMS SQUAD**                        **(1.5 Hrs.)**

Procedures for handling child abuse cases, including child removal, sex crimes, proper notifications, and form preparation are discussed. Techniques for identifying victims of these types of crimes are explained.

**58.  STRESS MANAGEMENT**                        **(1.0 Hr.)**

Techniques for identifying employees reacting adversely to stress are discussed. The different types of stress are identified as are techniques for coping with stress. Positive and negative coping tactics are also highlighted.

**59.  TOW TRUCK SEIZURE**                        **(1.0 Hr.)**

To instruct newly promoted sergeants in the proper procedures in seizing unlicensed trucks.

**60.  UNIFORM INSPECTIONS**                        **(1.0 Hr.)**

As per operations order no. 39, an inspection of the dress uniform which will be worn at the promotion ceremony is conducted. A uniform promotion checklist will be completed and compliance with each uniform or appearance item will be marked as pass or fail. The member concerned will be advised of deficiencies to be corrected prior to promotion.

## PHASE II

**61.  FIELD TRAINING**                        **(35.0 Hrs.)**

Five days of training in a precinct with a programmed course of instruction. Students are trained by tenured field supervisors under the conditions in which they will be required to perform when they graduate the course. Tasks required of patrol supervisors and desk officers take up the majority of the training time. Students are also required to undergo an orientation tour of both the Housing Police Service Area and the Transit District covering their precinct of assignment.

## PHASE III

**62.  BUREAU CHIEF'S PANEL**                                    (2.0 Hrs.)

A panel is convened, consisting of the Chiefs of Patrol, Housing, Transit, Detective and Organized Crime Control Bureaus. Each speaker addresses the students on issues of concern to their respective bureau and its mission.

**63.  CANDID DISCUSSION WITH FIELD SUPERVISORS**               (2.0 Hrs.)

A discussion with a panel of three experienced field sergeants. Students officers ask questions on issues of police supervision, duties and responsibilities, and precinct operations.

**64.   CHIEF OF PERSONNEL**                                     (1.0 Hr.)

A presentation by the Chief of Personnel on issues affecting the Personnel Bureau.

**65.  SERGEANTS BENEVOLENT ASSOCIATION**                        (2.0 Hrs.)

Issues of enrollment into the Association, contractual topics and other topics of concern to Sergeants are discussed. Insurance coverage for members of the service and their families are explained.

**66.  SUPERVISORY SITUATIONS**                                  (1.0 Hr.)

Student Officers are presented with actual supervisory dilemmas experienced in the field. Student response to these situations are discussed. Highlighted are the roles of leaders in confronting and preventing similar situations.

**67.  VERBAL JUDO FOR SUPERVISORS**                             (3.0 Hrs.)

A continuation of the Basic Verbal Judo instruction geared toward police supervisors.

|   |   |
|---|---|
| **TOTAL CLASSROOM HOURS:** | **170.5** |
| **TOTAL FIELD TRAINING HOURS:** | **35.0** |
| **TOTAL COURSE HOURS:** | **205.5** |
| **TOTAL COURSE DAYS:** | **28.0** |

# SUBJECT LISTING BY MAJOR CATEGORY

## I   ADMINISTRATION, TESTING AND PROCESSING

- Orientation and In-processing
- Employee Management Division
- Pension Section
- Personnel Orders Section
- Sergeants Benevolent Association
- Uniform inspection
- Final Review
- Final Exam
- Promotion Ceremony
- Closing Ceremony

## II   DEPARTMENT EXECUTIVES

- Executive Panel
- Bureau Chiefs Panel
- Chief of Personnel

## III   MONITORING UNITS

- Internal Affairs Bureau
- Quality Assurance Division
- Civilian Complaint Review Board

## IV   EMPLOYEE WELL-BEING

- Alcohol Counseling
- Medical Division
- POPPA
- Performance Analysis Section
- Stress Management
- Early Intervention
- Conflict Resolution

## V.   SUPERVISORY SKILLS ISSUES

- Bomb Squad
- Candid Discussions with Field Supervisors
- Communications Division
- Computer Training
- Corp. Council Lecture
- Crime Scene Unit
- Criminal Justice Bureau
- Counter-Terrorism
- Data Integrity Unit
- Defibulator Training
- D.C.P.I. / Media Panel
- Demonstration
- Department Vehicle Accidents / Vehicle Pursuits
- Desk Officer Duties
- Discipline: Practices and Policies
- Disorder Control Training
- Domestic Violence
- Drill & Ceremony
- Driver Training Unit
- Emotionally Disturbed Persons
- Emergency response Panel
- Hate Crimes Task Force
- History of NYPD
- Hostage Negotiations
- Less Than Lethal Weapons
- Line of Duty Injury Investigations
- Legal Issues for Police Supervisors
- Office of Equal Employment Opportunity
- Office of Labor Relations
- Operations Unit
- Performance Evaluations
- Policing Strategies – Supervisory Situations
- Report Writing
- Roll Calls – Preparations and Adjustment
- Scholarship Unit
- Simulations
- Special Victims Squad
- Tow Truck Seizure

## VI.   LEADERSHIP SKILLS

- Desk Officer workshop
- Leadership Reaction Course
- Presentation Skills
- Roll Calls – Conducting
- Situational Leadership
- Verbal Judo for Supervisors

5/04

Exhibit C

**PROMOTION TO NYCPD SERGEANT**
**EXAM. NO. 3506**

A.   <u>COMPLETE AND/OR REVIEW REPORTS. FORMS AND LOGS</u> - **These tasks involve the preparation and/or review of written reports, forms or logs for accuracy and completeness; review of materials for informational purposes. Reports and forms may be of a variety of types, such as: captioned (fill-in-the-blank), written narrative, or a combination of these types. Logs may include blotters and indexes.**

1.   Fill in forms, such as overtime reports and line of duty injury reports, requiring specific information accurately and completely.

2.   Record information required by Police Department guidelines in proper logs, such as the Interrupted Patrol Log and Command Log.

3.   Write narrative reports, such as unusual occurrence reports and performance evaluations, providing complete, accurate and consistent information.

4.   Determine whether information recorded on reports, forms, and logs completed by subordinates and civilian employees is complete and accurate, through such actions as reviewing reports, forms, and logs, examining property and questioning subordinates.

5.   Make corrections, or direct subordinates to make corrections, to reports, forms, or logs that have been completed improperly.

6.   Forward reports and forms to appropriate departmental units and outside agencies.

7.   Read departmental guidelines and regulations, including interim orders, operations orders, station house memos, and Police Department bulletins, to keep up-to-date on Police Department procedures.

B.   <u>MAKE REQUIRED NOTIFICATIONS AND OTHER COMMUNICATIONS</u> - **These tasks involve making formal notifications as required by department regulations, as well as informal communications of information.**

8.   Notify, or direct police personnel to notify, *other Police Department units and bureaus,* such as Detectives, Operations and Emergency Service, to request assistance or provide information, based on nature of incident or conditions and Police Department procedures.

9.   Notify, or direct police personnel to notify, *other agencies and individuals,* such as Fire Department, FBI, and suspects' parents, to request assistance or provide information based on nature of incident or condition and Police Department procedures.

10.   Notify, or direct others to notify, subordinates of scheduled activities and schedule changes, such as court appearances, tour changes and academy training.

11.   Notify superior officers, peers and other department units of special conditions and matters affecting local area police and command operations.

12.   Verify that required notifications have been received by police unit or agency, based on such factors as the presence of notified unit at scene or station house and questioning police officers.

13.   Make appropriate inquiries and notifications concerning incidents, such as special category missing person.

14.   Discuss conditions affecting the local area with superior officers and peers on an ongoing and informal basis.

15.   Provide information regarding tour's activities, such as RMPs tied up and situations in progress, to personnel such as the supervisor in charge of succeeding tour and peers, in order to ensure on-going conditions are addressed.

16. Report such things as allegations of corruption, OEEO violations, or serious misconduct involving members of the service to Commanding Officer, I.A.B or OEEO.

**C.  INTERACT WITH THE COMMUNITY AND IMPLEMENT PROGRAMS** - These tasks involve gathering and giving information concerning the community, attending community meetings, and taking action or initiating programs to address community problems and conditions.

17. Answer questions from citizens and provide information, such as directions, and explain such things as laws, police procedures and programs, and services provided by other City agencies.

18. Advise parties in disputes, demonstrations, etc., on such issues as what they must do to properly comply with legal procedure.

**D.  MAKE ADJUSTMENTS TO ROLL CALL AND ASSIGN PERSONNEL DURING TOUR** - These tasks involve making changes in roll call, assigning personnel to post or duties, and making adjustments in assignments as situations arise. These tasks involve both civilian and uniform personnel.

19. Announce assignments, assignment changes, and information such as special conditions and meal times, and take attendance during roll call.

20. Adjust the roll call prior to the start of the tour based on such things as personnel availability factors (for example, court appearances, sick leave, and special conditions), and skills, experience and past performance.

21. Change post/duty assignments after personnel have been assigned to ensure proper coverage based on changing conditions, such as RMPs out of service and police officers involved, in processing arrests.

22. Report, or direct the reporting of, roll call or changes in roll call, including the input of data into the Automated Roll Call System(ARCS), to concerned individuals and units, such as superiors, other units, civilian members of the service and subordinates.

23. Identify when personnel strength has dropped below required minimum staffing levels or when personnel shortages otherwise occur during the tour.

24. Decide whether to grant leave request to personnel for such things as emergencies or personal business, by reviewing such factors as staffing needs of tour and history of requests by the individual.

25. Check roll call sheets to verify that all personnel are accounted for.

26. Compare Command Roster against the roll call sheet to account for all personnel scheduled for the current tour or for the 24 hour period as appropriate.

27. Inspect police officers to determine compliance with uniform, general appearance and equipment regulations.

28. Explain such things as post conditions, directives, procedures and interim orders to police officers during roll call.

29. Delegate tasks to personnel, such as asking the assistant desk officer to call another officer at home.

**E.  MONITOR SUBORDINATES** - These tasks involve observation and verification of subordinate performance and identification of performance problems.

30. Verify presence and activities of police officers at designated posts by physically locating officers and, when appropriate, inspecting their activity logs (memo books).

31. Monitor the location, activities, and job performance of police officers during tour by doing such things as accompanying the officers or monitoring the radio.

33. Monitor the performance of subordinates assigned to work in the station house, such as the TS operator and station house clerk.

34. Determine if police officers handle work properly, through activities such as inspecting their activity logs (memo books), discussing with them the status of their work and observing their performance.

35. Identify performance deficiencies of police officers based on such factors as observation of subordinates, monitoring responses to jobs, and reviewing officers' activity reports and memo books.

36. Identify subordinates who are experiencing personal problems which may *influence their* work performance based on such things as subordinates' behavior, appearance and performance.

37. Monitor presence of personnel who are in the station house for such things as processing an arrest and meals, for such purposes as ensuring that they take meals at assigned times and return to patrol promptly.'

38. Visit and observe various locations within area of assignment, such as cooping prone locations and satellite locations.

39. Investigate the reasons for personnel not accounted for at the beginning, during, and end of tour by doing such things as reviewing logs and questioning other personnel.

40. Alert police officers of changes in command conditions which occur <u>during</u> the tour to inform the officers of how conditions might impact the performance of their duties of that tour.

F. **ASSESS LOCAL AREA AND COORDINATE ACTIVITIES IN THE FIELD - These tasks involve assessing local area conditions, and determining the disposition of police personnel and coordinating activities at incidents in the field.**

41. Observe local area while on patrol to keep abreast of conditions, such as suspicious-looking people, building conditions and other situations requiring police attention.

42. Visit and observe various locations, such as high crime and padlock sites, to detect violations or conditions which may require police attention.

43. Respond to specific incidents as a primary unit as necessary and appropriate, such as when no other units are available, and take appropriate action.

44. Decide whether to respond to specific incidents that occur while on tour to observe and direct activities at the scene, based on such factors as whether patrol sergeant is required to respond to incident, the priority of other jobs, and the experience of police officers on the scene.

45. Determine need for back-up units and reassignment of police officers at the scene based on such factors as severity of the incident and the history of crime activity in the surrounding area of the incident.

46. Assess the need to request response of, or to cancel calls for, special services, such as EMS, Detective Units, and Emergency Services, based on such factors as the situation and information obtained from victims, witnesses and acquaintances of suspects or EDPs.

47. Set up or direct police officers to set up command posts at scenes of serious incidents or emergency situations, including such activities as identifying appropriate locations and establishing lines of communication.

48. Coordinate activities of various units responding to incidents, such as uniform police officers, detectives and emergency services, until relieved by proper authority.

49. Mobilize necessary RMP units and foot patrol officers during emergency conditions, such as building collapses, serious accidents, large crowds and train derailments.

**CONDUCT PRELIMINARY SEARCHES/INVESTIGATIONS - These tasks involve initial investigations of incidents and decisions, or searches to locate suspects or missing/injured persons.**

Case 1:04-cv-02979-SAS Document 15 Filed 07/08/04 Page 26 of 33

50. Conduct or direct preliminary investigations of incidents, such as DOAs, fires, accidents, family disputes and possible bias incidents, to ensure that relevant information is gathered and Police Department procedures are followed.

51. Determine if a search should be conducted based on such things as the victim's description of the incident.

52. Direct preliminary searches for such incidents as missing persons and bomb threats, by doing such things as assigning coverage areas to police officers or other individuals at the scene and documenting such information as areas searched and individuals questioned.

53. Conduct or direct that record checks, for such things as warrants and stolen autos, be made.

54. Question police officers at the scene to ensure that the necessary information has been gathered from witnesses and suspects about such matters as suspect pedigree and what happened at the scene.

55. Question relatives, witnesses, and others to identify the personal habits and characteristics of such persons as missing person, EDPs, and suspects, to assist in searches or determine the method to use to approach individuals.

56. Determine whether or not individuals will be classified as EDPs based on such information as observations of individuals, witnesses' reports, and Police Department guidelines.

57. Determine whether or not a child as been abused, neglected or maltreated by doing such things as checking the child and the premises.

58. Direct police officers to place an abused, neglected or maltreated child in protective custody when necessary.

I. **DIRECT ARREST AND DETENTION PROCEDURES - These tasks involve the pursuit and apprehension of suspects, arrest processing procedures, and detention and lodging of prisoners or juveniles.**

59. Coordinate and direct the units involved in vehicle pursuits of suspects, including deciding whether to call it off or continue based on such factors as the location of pursuit, weather, time of day and severity of the crime.

60. Determine tactics to isolate, contain and/or apprehend individuals, based on factors such as the individual's past history, current behavior, possession of weapons, and location.

61. Direct police officers to make arrest based on such things as the facts and circumstances of the offense committed.

62. Observe police officers' conduct while searching prisoners to ensure that searches are conducted according to Police Department procedures.

63. Direct the removal of contraband and property, such as belts, shoelaces and nail files, from prisoners which may be dangerous, used to facilitate escape, or damage property.

64. Question police officers following search of prisoners to ensure that appropriate procedures were followed and to obtain such information as the amount of funds possessed, contraband found, and medical condition of prisoners.

65. Verify police officers' judgment of *probable cause* and direct officer to process or void arrest, based on such factors as the statement of officers and complainants and Police Department guidelines.

-4-

66.  Direct police officers concerning offense with which a suspect should be charged, based on information obtained from officers and complainants, and a review of the arresting officers' paperwork.

67.  Classify suspects as juvenile delinquents or juvenile offenders, based on information obtained from police officer, suspect and Police Department guidelines.

68.  Expedite arrest processing by police officers through such means as assigning another officer to provide assistance and advising arresting officer of time constraints.

69.  Direct police officers to detain prisoners in appropriate area in station house, such as holding pens, cells and juvenile room.

70.  Make observations of the physical condition of suspects upon entering the command and during arrest processing procedures.

71.  Inspect prisoners in cells to determine the number and physical condition of prisoners.

72.  Determine the need to transport prisoners to and from locations, such as the Command, hospital and courts, based on such things as observations of prisoners, questioning of police officers and prisoners, and at recommendation of other personnel, such as EMS.

73.  Direct the removal of prisoners from station house, including such activities as verifying the identity of the individuals involved in transporting prisoners and ensuring that prisoners are handcuffed.

74.  Monitor prisoners in cells utilizing closed circuit cameras.

75.  Direct police officers to fingerprint and/or photograph prisoners when appropriate.

I.  **SAFEGUARD EVIDENCE AND NON-POLICE DEPARTMENT PROPERTY** - **These tasks involve the safeguarding, storing, invoicing (vouchering), and accounting for evidence and non-Police Department property.**

76.  Direct the safeguarding of crime scenes, establish police lines and/or re-route vehicle and pedestrian traffic at incidents, such as homicides, shootings, serious traffic problems, crimes in transit facilities and serious building fires, to secure area, prevent further injuries, preserve evidence, and facilitate emergency services.

77.  Determine which property is to be collected and invoiced based on such factors as the type of property, such as DOA property, contraband and evidence, the type of job and Police Department guidelines.

78.  Inventory, or direct police officers to inventory, safeguarded property by checking contents against invoices (vouchers) when property is first vouchered.

79.  Inventory stored property by comparing property index against the items listed on invoice (voucher) and by visual inspections.

80.  Determine which methods are to be used to invoice (voucher) property, such as seals and envelopes, and locations to store invoiced property, based on the type of property and Police Department guidelines.

81.  Maintain chain of custody for evidence, by such actions as making appropriate log entries, and verifying that items are listed on letters-of transmittal and are signed for by receiving police officer.

82.  Verify rightful ownership or custody of property to determine whether to release property or evidence to authorized individuals, such as private citizens and detectives.

**SAFEGUARD/INSPECT POLICE DEPARTMENT PROPERTY (INCLUDING THE STATION HOUSE AND OTHER POLICE FACILITIES)** - These tasks involve safeguarding or accounting for the proper condition of police property, equipment, the station house, and other police facilities.

83.   Conduct a check of the station house, cells, grounds or other facilities for security and maintenance problems, such as unauthorized persons, suspicious packages, displays of offensive materials, unsecured doors and damaged lockers.

84.   Monitor the movement of visitors, such as complainants and repair people, moving in and out of station house to ensure that they have proper authorization.

85.   Distribute, or direct the distribution of, items such as patrol car keys, radios and vehicle fuel cards, and monitor their return.

86.   Monitor use of Department computers/LAN terminals to ensure no unauthorized use.

87.   Take inventory of department equipment stored at or near the desk, such as cameras.


**TRAIN AND COUNSEL SUBORDINATES** - These tasks involve training, development and counseling of subordinates, including discussion of their problems.

88.   Make suggestions to the patrol officer as to how certain problems might be resolved or addressed.

89.   Answer questions of police officers or civilian workers on such topics as serving summonses, taking complaints and completing paperwork.

# FINAL ABILITY LIST FOR JAQ -
## PART I.

1. **Oral Communication:** Effective expression in individual or group situations (includes gestures and nonverbal communications).

2. **Oral Presentation:** Effective expression when presenting ideas or tasks to an individual or to a group when given time for preparation (includes gestures and nonverbal communications).

3. **Written Communication:** Clear expression of ideas in writing and use of good grammatical form.

4. **Planning and Organizing:** Establishing a course of action for self and/or others to accomplish a specific goal; planning proper assignment of personnel and appropriate allocation of resources.

5. **Delegation:** Utilizing subordinates effectively; allocating decision making and other responsibilities to the appropriate subordinates.

6. **Management Control:** Establishing procedures to monitor and/or regulate processes, tasks, or activities of subordinates and job activities and responsibilities; taking action to monitor the results of delegated assignments or projects.

7. **Analysis:** Identifying problems, securing relevant information, relating data from different sources, and identifying possible causes of problems.

8. **Judgment:** Developing alternative courses of action and making decisions based on logical assumptions that reflect factual information.

9. **Decisiveness:** Readiness to make decisions, render judgments, take action, or commit oneself.

10. **Initiative:** Active attempts to influence events to achieve goals; self-starting rather than passive acceptance. Taking action to achieve goals beyond those called for; originating action.

11. **Tolerance for Stress:** Stability of performance under pressure and/or opposition.

12. **Independence:** Taking action in which the dominant influence is on one's own convictions rather than the influence of others' opinions.

13. **Tenacity:** Staying with a position or plan of action until the desired objective is achieved or is no longer reasonably attainable.

14. **Work Standards:** Setting high goals or standards of performance for self, subordinates, others, and organization. Dissatisfied with average performance.

15. **Impact:** Presenting oneself to others as a poised, confident, competent and respected individual; behaving in a manner appropriate to one's professional status.

16. **Persuasiveness/Sales Ability:** Effectively developing rapport, establishing a need, presenting a proposal, eliciting and answering objections, and gaining agreement.

17. **Behavioral Flexibility:** Modifying one's approach to most effectively meet the needs of the situation.

18. **Technical Translation:** Demonstrating knowledge of the meaning of technical/professional terminology used on the job

Exhibit D

## Section 2.

The Union shall have the exclusive right to the check-off and transmittal of dues in behalf of each employee in the unit in accord with the Mayor's Executive Order No. 98, dated May 15, 1969, entitled "Regulations Regulating the Checkoff of Union Dues" and in accord with the Mayor's Executive Order No. 107, dated December 29, 1986, entitled "Regulations Governing Procedures for Orderly Payroll Checkoff of Union Dues" and any executive orders which amend or supersede said Executive Orders.

## Section 3.

An employee may consent in writing to the authorization of the deduction of dues from the employee's wages and to the designation of the Union as the recipient thereof. Such consent, if given, shall be in a proper form, acceptable to the City, which bears the signature of the employee.

## Section 4.

The parties agree to an agency shop to the extent permitted by applicable law, the provisions of such to be negotiated and contained in a supplemental agreement which will become part of this Agreement when and if agreed to.

## ARTICLE III - HOURS AND OVERTIME

### Section 1.

a.   All ordered and/or authorized overtime in excess of the hours required of an employee by reason of the employee's regular duty chart, whether of an emergency nature or of a non-emergency nature, shall be compensated for either by cash payment or compensatory time off, at the rate of time and one-half, at the sole option of the employee. Such cash payments or compensatory time off shall be computed on the basis of fifteen (15) minute segments.

b.   In order to preserve the intent and spirit of this section on overtime compensation, there shall be no rescheduling of days off and/or tours of duty except as provided below. This restriction shall apply both to the retrospective crediting of time off against hours already worked and to the anticipatory reassignment of personnel to different days off and/or tours of duty except as provided below. Notwithstanding anything to the contrary contained herein, the Department shall not have the right to reschedule employees' tours of duty, except that the Department shall have the right to reschedule employees' tours of duty on ten occasions without payment of pre-tour or post-tour overtime provided that the Department gives at least 24 hours notice to the employees whose tours are to be rescheduled, and on the following occasions the Department may reschedule employees' tours of duty by not more than three hours before or after the normal starting for such tours, without payment of pre-tour or post-tour overtime provided that the Department gives at least seven days' advance notice to the employees whose tours are to be so rescheduled:  New Year's Eve, St. Patrick's Day, Thanksgiving Day, Puerto Rican Day, West Indies Day and Christopher Street Liberation Day.

**Section 2.**

Notwithstanding anything to the contrary in this Agreement, employees assigned to the Detective Bureau and/or "Designated as Supervisor of Detective Squad" and/or "Designated on Special Assignment" shall receive overtime compensation in the following manner:

(a)   Effective January 1, 1986, all ordered and/or authorized overtime in excess of 40 hours in any week or in excess of the hours required of an employee by reason of the employee's regular duty chart if a week's measurement is not appropriate, whether of an emergency nature or of a non-emergency nature, shall be compensated for either by cash payment or compensatory time off, at the rate of time and one-half, at the sole option of the employee.  Such cash payments or compensatory time off shall be computed on the basis of completed fifteen (15) minute segments.

(b)   In order to preserve the intent and spirit of this section on overtime compensation, there shall be no rescheduling of days off, except that for the purpose of night watch coverage an employee's swing period shall not be diminished by more than 8 hours.  This restriction shall apply both to the retrospective crediting of time off against hours already worked and to the anticipatory reassignment of personnel to different days off.  Prior to the completion of the steps in the grievance procedure under Article XX of this Agreement, the President of the S.B.A. may informally discuss a question in regard to the application of this Section 2(c) with the Police Commissioner and the Chairman of the Personnel Grievance Board in an effort to resolve the matter.

(c)   An employee who is specially assigned to duty involving travel outside New York City shall receive credit for eight (8) hours' work for each day of that assignment at the employee's straight time rate of pay.  On days which are not the employee's regularly scheduled days, such credit shall be at the rate of time and one-half.  When such employee performs duty in excess of 8 hours and such duty can be verified to the satisfaction of the employee's Commanding Officer, the Commanding Officer shall recommend to the Chief of Department that the employee be credited with appropriate overtime compensation.

**Section 3.**

Overtime shall be computed on a monthly basis and shall be paid no later than six (6) weeks after submission of the monthly report.

## ARTICLE IV - RECALL AFTER TOUR

**Section 1.**

Any employee who is recalled to duty after having completed the employee's regular tour of duty but four (4) hours or more before the commencement of the employee's next regular tour and who is released without having been assigned to duty prior to the commencement of said next regular tour shall receive a minimum of four hours' pay pursuant to the regular overtime provisions of this Agreement, that is, in cash or compensatory time off at the sole option of the

04010

04 Civ. 2979 (SAS)

| UNITED STATES DISTRICT COURT |
| SOUTHERN DISTRICT OF NEW YORK |

MULLINS, et al.,

Plaintiffs,

-against-

CITY OF NEW YORK and THE NEW YORK CITY POLICE DEPARTMENT,

Defendants.

**ANSWER**

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-146
New York, New York  10007-2601

Of Counsel:      Michele A. Molfetta
Tel No.:           (212) 788-0922

NYCLIS No.:04LE000132

*Due and timely service is hereby admitted.*

*Dated:* New York, N.Y.   ........................................... , 2004

Signed:  ............................................................................

Print Name:  ...................................................................

Attorney for ....................................................................

14