UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EDWARD D. MULLINS, et al.,

                Plaintiff,                    04 Civ. 2979 (SAS)

       v.                                   **ORDER FOR**
                                            **FILING UNDER SEAL**

CITY OF NEW YORK and THE NEW
YORK CITY POLICE DEPARTMENT,

                Defendants.

------------------------------------------------------------x

THE HONORABLE SHIRA A. SCHEINDLIN, UNITED STATES DISTRICT JUDGE

      WHEREAS, the Court having held a conference in the above-captioned action on February 21, 2008 in which it ordered on the record *inter alia* that Defendants submit under seal for the Court's *in camera* review copies of (1) the audiotape and (2) the transcript of the New York City Police Department's internal administrative proceeding concerning Sergeant Anthony Cioffi held pursuant to the Patrol Guide ("GO-15 hearing"); and

      WHEREAS, it appears that the minutes of the February 21, 2008 conference have not been transcribed and

      WHEREAS, in order to accept for filing under seal the Clerk of the Court requires that a written order be issued;

      IT IS HEREBY ORDERED that the Clerk of Court accept the aforementioned documents for submission under seal to chambers for its *in camera* review and that (1) the audiotape and

NYI 26503260 1

(2) the transcript of the GO-15 hearing of Sergeant Anthony Cioffi shall be kept separate from the public record by the Clerk of Court.

That this Order will continue after the termination of the action or until further order of the Court.

Dated: New York, New York
       February 25, 2008

SO ORDERED:

The Honorable Shira A. Scheindlin
United States District Judge

2

NY1 26503260.1