UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EDWARD D. MULLINS, et al.,                                  :
                                                            :
        Plaintiffs,                                        :      **TEMPORARY**
                                                            :      **RESTRAINING**
                                                            :      **ORDER**
        - against -                                       :
                                                            :      04 Civ. 2979 (SAS)
CITY OF NEW YORK and THE NEW                                :
YORK CITY POLICE DEPARTMENT,                                :
                                                            :
        Defendants.                                        :
                                                            :
------------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        WHEREAS this matter came before the Court upon the application of plaintiffs for a temporary restraining order pursuant to Fed. R. Civ. P. 65(b) enjoining defendant the City of New York and the New York City Police Department from investigating or disciplining Sergeant Anthony Cioffi and any other individual plaintiffs based on their deposition testimony or participation in the above-referenced action;

        WHEREAS this Court has reviewed the Complaint in this action, plaintiffs' moving papers on their motion for a preliminary injunction, the Affirmation of Bruno V. Gioffre and Declaration of Clay J. Pierce, and letters filed by both parties with this Court concerning the application;

the parties addressed the allegations giving rise to the instant application;

WHEREAS, based on the existing record, the Court finds that plaintiffs have demonstrated a need for an order temporarily restraining defendants the City of New York and the New York City Police Department from (1) engaging in any further investigation of Sergeant Anthony Cioffi relating to his testimony or participation in this case; (2) using plaintiff Cioffi's February 12, 2008 testimony as the basis for any disciplinary action; and (3) investigating or disciplining any plaintiff in this matter based on his or her testimony or participation in this lawsuit, pending the hearing of plaintiffs' application for a preliminary injunction, based on a preliminary showing of likelihood of success on the merits and irreparable harm absent the entry of this Order.

IT IS HEREBY ORDERED that, sufficient reason having been shown therefore, pending the hearing of plaintiffs' application for a preliminary injunction and until further order of this Court, defendants the City of New York and the New York City Police Department and their agents, servants, employees, and any parties acting on their behalf are temporarily restrained and enjoined from:

> (1) engaging in any further investigation of Sergeant Anthony Cioffi relating to his testimony or participation in this matter;

(2) pursuing any disciplinary proceedings against plaintiff Cioffi based on his February 12, 2008 interrogation; and

(3) investigating or disciplining any plaintiff in this matter based on his or her testimony or participation in this lawsuit.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         March 5, 2008

## Appearances

**For Plaintiffs**:

Lauren E. Schwartzreich, Esq.
Gregory K. McGillivary, Esq.
Woodley & McGillivary
1125 15th Street, Suite 400
Washington, DC 20005
(202) 833-8855

Andrew Quinn, Esq.
Quinn & Mellea
399 Knollwood Road, Suite 200
White Plains, New York 10603
(914) 997-0555

Stephen P. Younger, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

**For Defendants**:

Lorie E. Almon, Esq.
Gerald Maatman, Esq.
Robert S. Whitman, Esq.
Seyfarth Shaw LLP
1270 Avenue of the Americas, Suite 2500
New York, New York 10020
(212) 218-5500

Michele Molfetta
Assistant Corporation Counsel
NYC Law Department, Office of the Corporation Counsel

100 Church Street
New York, New York 10007
(212) 788-0922