UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
EDWARD MULLINS, et al., : ECF CASE
                Plaintiffs, : 04 Civ. 2979 (SAS) (THK)
vs. :
CITY OF NEW YORK, :
                Defendant. :
------------------------------------x

## **DEFENDANT'S EXHIBITS**

In accordance with the March 25, 2009 conference before the Court, defendant The City of New York ("Defendant"), hereby identifies that it may introduce the following exhibits at the evidentiary hearing of this matter:

1. Patrol Guide Section 200-01;
2. Patrol Guide Section 200-02;
3. Patrol Guide Section 203-08;
4. Patrol Guide Section 206-13;
5. Interim Order 4, issued January 13, 2005;
6. March 25, 2009 transcript of conference before the Court;
7. January 23, 2006 letter from Lorie Almon to Gregory K. McGillivary;
8. January 27, 2006 letter from Gregory K. McGillivary to Lorie Almon;
9. February 1, 2006 letter from Lorie Almon to Gregory K. McGillivary;
10. February 2, 2006 letter from Lauren E. Schwartzreich to Lorie Almon;
11. March 17, 2006 email from Gregory K. McGillivary to Michael Tiliakos;

12. April 4, 2006 letter from Gregory K. McGillivary to Lorie Almon;

13. April 13, 2006 letter to Honorable Theodore H. Katz from Gregory K. McGillivary.

Defendant reserves the right to introduce some or all of the exhibits identified by Plaintiffs. Defendant also reserves the right to amend its witness and exhibit lists should Plaintiffs otherwise amend their witness and/or exhibit lists. Defendant also reserves the right to introduce documents not currently listed for impeachment purposes.

Dated: New York, New York
      March 29, 2009

Respectfully submitted,

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York

By: /s/ Andrez Carberry
    James Lemonedes
    Andrez Carberry
    Assistant Corporation Counsel

100 Church Street, Room 2-108
New York, New York 10007
212-788-0922 (phone)
jlemoned@law.nyc.gov
acarberr@law.nyc.gov

SEYFARTH SHAW LLP

By: /s/ Jeremi L. Chylinski
    Lorie E. Almon
    lalmon@seyfarth.com
    Jeremi L. Chylinski
    jchylinski@seyfarth.com

620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
212-218-5500 (phone)
212-218-5526 (fax)

Attorneys for Defendant