UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLINS, EDWARD D., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | C. A. No. 1:04-cv-2979 (SAS) |



FILED U.S. DC
AUG 11 2009
S.D. OF N.Y.

## NOTICE OF APPEAL

Notice is hereby given that all plaintiffs hereby appeal to the United States Court of Appeals for the Second Circuit from the district court's order of November 6, 2007 granting partial summary judgment in favor of defendants, and from the district court's Rule 54(b) stipulated final judgment of July 20, 2009 in favor of defendants.

Dated: August 11, 2009

                                      Respectfully submitted,

                                      WOODLEY & McGILLIVARY
                                      Gregory K. McGillivary
                                      Molly A. Elkin
                                      Sara L. Faulman
                                      1125 15th Street, N.W.; Suite 400
                                      Washington, DC  20005
                                      Phone:  (202) 833-8855

                                      QUINN & MELLEA
                                      Andrew Quinn (AQ 4059)
                                      399 Knollwood Road, Suite 220
                                      White Plains, NY  10603
                                      Phone:  (914) 997-0555

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
Stephen P. Younger (SY 9120)
Clay J. Pierce (CP 5414)
A. Leah Vickers (AV 2905)

1133 Avenue of the Americas
New York, New York  10036
Phone:  (212)-336-2500

*Counsel for Plaintiffs*