

Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MULLINS, EDWARD D., et al., )
                               ) C. A. No. 1:04-cv-2979 (SAS)
           Plaintiffs, )
v. )
                               ) **NOTICE OF WITHDRAWAL**
CITY OF NEW YORK, et al. ) **AND REQUEST FOR**
                               ) **REMOVAL FROM**
           Defendants. ) **ELECTRONIC FILING LIST**
                               )

        PLEASE TAKE NOTICE that Clay J. Pierce hereby requests withdrawal of his appearance as counsel of record for Plaintiffs in the above-captioned action, and further requests removal from the Court's electronic filing notification system for this action.

Dated: January 4, 2010
           New York, New York

                                                                    Clay J. Pierce
                                                                    REED SMITH LLP
                                                                    599 Lexington Avenue
                                                                    New York, NY 10022
                                                                    Tel.: (212) 549-0324
                                                                    cjpierce@reedsmith.com

SO ORDERED:

Dated:   January 6, 2010
             New York, New York

                                                                    Hon. Shira A. Scheindlin
                                                                    United States District Judge

3637104v.1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE F____:  _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLINS, EDWARD D., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF NEW YORK, et al. )<br>)<br>Defendants. )<br>_____) | C. A. No. 1:04-cv-2979 (SAS)<br><br>**DECLARATION OF**<br>**CLAY J. PIERCE IN SUPPORT OF**<br>**NOTICE OF WITHDRAWAL**<br>**AND REQUEST FOR**<br>**REMOVAL FROM**<br>**ELECTRONIC FILING LIST** |

CLAY J. PIERCE declares as follows:

1. I was formerly a member of Patterson Belknap Webb & Tyler LLP ("Patterson Belknap"), co-counsel for Plaintiffs in the above-captioned action.

2. Effective September 31, 2009, I resigned from Paterson Belknap's partnership. Effective October 1, 2009, I joined the partnership of Reed Smith LLP. As a result of this move, I no longer have any role in the representation of Plaintiffs in this action. Paterson Belknap continues to serve as co-counsel for Plaintiffs.

3. Based on the foregoing, I respectfully request the Court's leave to withdraw as counsel of record in this action. In addition, I respectfully request that I be removed from Court's electronic filing notification system for this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 4, 2010
New York, New York

_____
Clay J. Pierce

3637104v.1