UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Edward Mullins, et al.           Plaintiff,

04   C   2979   (SAS)

    -against-

City of New York, et al.         Defendant.
--------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

[x]   I have cases pending      [ ]   I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Gregory K. McGillivary

[x]   Attorney

    [ ]   I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is:_____; My State Bar Number is:_____

    [x]   I am a Pro Hac Vice attorney

    [ ]   I am a Government Agency attorney

[x]   Law Firm/Government Agency Association

    From:   WOODLEY & McGILLIVARY

    To:   WOODLEY & McGILLIVARY

    [x]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[ ] Address:   1101 Vermont Avenue, N.W.

Suite 1000, Washington, D.C. 20005

[ ] Telephone No.:   (202) 833-8855

[ ] Fax No.:   (202) 452-1090

[ ] E-Mail Address:

Dated: 1/19/10

ATTORNEY'S SIGNATURE