UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Mullins, Edward D.            Plaintiff,

1:04  C  2979   ( )

-against-

City of NY, NY Police Dept.   Defendant.
----------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending                [ ] I have no cases pending

TO:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Gregory K. McGillivary

[X]  Attorney

  [ ]  I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is:_____; My State Bar Number is:_____

  [X]  I am a Pro Hac Vice attorney

  [ ]  I am a Government Agency attorney

[X]  Law Firm/Government Agency Association

  From: Woodley & McGillivary

  To: Woodley & McGillivary

  [X]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  [ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address:  1101 Vermont Avenue, NW
              Suite 1000 Washington, DC 20005

[X] Telephone No.:  202-833-8855

[X] Fax No.:  202-452-1090

[ ] E-Mail Address:

Dated: 1-27-2010

ATTORNEY'S SIGNATURE