UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MULLINS, et al.,

                Plaintiffs,

  - against -

CITY OF NEW YORK, et al.,

                Defendant(s).
------------------------------------------------------------X

**ORDER**

04 Civ. 2979 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

        The parties having notified the Court that this action has been settled, the motions filed by the parties for summary judgment are hereby withdrawn. The Clerk of the Court is directed to close plaintiffs' motion for summary judgment on liability (Docket Entry # 214) and defendants' motion for partial summary judgment (Docket Entry # 216).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            October 1, 2012