IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLINS, EDWARD D., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | C. A. No. 1:04-cv-2979 (SAS) |
| ) | |
| CITY OF NEW YORK and THE ) | |
| NEW YORK CITY POLICE ) | |
| DEPARTMENT ) | |
| ) | |
| Defendants. ) | |
| ) | |
| | |
| MICHAEL PETER AGATE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | C. A. No. 06-cv-0238 (SAS) |
| ) | |
| CITY OF NEW YORK and THE ) | |
| NEW YORK CITY POLICE ) | |
| DEPARTMENT ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

These causes having come before the Court upon the joint request of Plaintiffs and Defendant, the Court having been advised of and considered the Settlement Agreement entered into by and among Plaintiffs and Defendants that has resulted from mediation, and, upon the joint application of Plaintiffs and Defendants, by their Attorneys, seeking review and approval by the Court thereof, and the entire record therein, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The court approves and adopts as stated the terms of the Settlement Agreement entered into between the parties to the instant actions, recognizing that there

has been and there is no admission of liability by Defendants, same being expressly denied, but as it reflects a fair, reasonable, and appropriate compromise deemed in the best interest of the parties thereto, and in accordance with law.

2. The parties are resolving separately the retaliation claims for Plaintiffs Scott and Cioffi and this settlement agreement does not release the City whatsoever for any monetary relief to which the parties have agreed to settle their retaliation claims. Scott and Cioffi will be entitled to receive their shares of the settlement amount identified herein.

3. Other than the retaliation claims noted in paragraph 2 above, consistent with that Agreement, these actions are hereby dismissed with respect to the Plaintiffs, with prejudice. The Court will retain jurisdiction over the parties to the Agreement for the purpose of interpretation and compliance with the Agreement and this Agreed Order of Dismissal with Prejudice.

So ORDERED this _19_ day of _November_, 2012.

SHIRA SCHEINDLIN
United States District Judge